UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EUGENE REBAR,

        Plaintiff,

-vs-                                    Case No. 6:04-cv-1562-Orl-28DAB

OERTHER FOODS, INC. d/b/a
McDONALDS,

        Defendant.

## ORDER

This case is before the Court on Plaintiff's Motion For Leave To Appeal In Forma Pauperis (Doc. No. 75) filed September 7, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and considering the objection filed by Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 12, 2006 (Doc. No. 77) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion For Leave To Appeal In Forma Pauperis is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_11th\_\_ day of October, 2006.

                                                               JOHN ANTOON II
                                                               United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party